SEALED



FILED

NOV 04 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 2:10SW 0473 KJM
                                     )
12  7604 Tea Berry Way, Sacramento,  )
    CA 95828                         )
13                                   )  ORDER RE: REQUEST TO SEAL
                                     )  DOCUMENTS
14                                   )
                                     )
15                                   )
                                     )
16  _____ )

17

18       Upon application of the United States of America and good cause

    having been shown,
19
         IT IS HEREBY ORDERED that the search warrant and search warrant
20
    affidavit underlying the search warrant in the above-captioned
21
    proceeding shall be filed under seal and shall not be disclosed to
22
    any person unless otherwise ordered by this Court, with the exception
23
    that a copy of the search warrant will be left at the scene of the
24
    search.
25
    Date: __11/4__ , 2010
26
                                    _____
27                                  HONORABLE KIMBERLY J. MUELLER
                                    United States Magistrate Judge
28

                                    1