1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

JUN 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 IN RE:                           )
                                    )
12     SEARCH WARRANT FOR           )   D.C. NO. 2-10-SW-0473 KJM
       7604 TEA BERRY WAY,          )
13     SACRAMENTO, CA               )   APPLICATION AND ORDER
                                    )   FOR UNSEALING FILE
14 _____)

16     On November 4, 2010, a search warrant and affidavit were filed
17 in the above-referenced case.  The search warrant has been executed
18 and the file can now be unsealed.  The government respectfully
19 requests that the file, search warrant and its accompanying
20 affidavit be unsealed.

21 DATED: June 24, 2011              BENJAMIN B. WAGNER
                                     United States Attorney

23                                   By: /s/ Daniel S. McConkie
                                     DANIEL S. McCONKIE
24                                   Assistant U.S. Attorney

25                                   ORDER
   SO ORDERED:
26
   DATED: June 24, 2011
27                                   _____
                                     HON. EDMUND F. BRENNAN
28                                   U.S. Magistrate Judge

                                    1